IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRY KNUTSON, Individually, | § | Case No. 3:17-CV-02618-M |
| And as Assignee, DONAL BARRY, | § | |
| Individually, and as Assignee, and | § | |
| WIRELESS POWER, LLC | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | |
| | § | |
| RICHARD RANDALL, DON HARRIS, | § | |
| CHARLES SHAW, MICHAEL K. | § | |
| WILSON, and ROBERT LUNA, | § | |
| | § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT RICHARD RANDALL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and this stipulation Plaintiffs hereby voluntarily dismiss Defendant Richard Randall from this action with prejudice to the re-filing of same.  All parties will bear their own costs.  This action will remain pending against all other Defendants.

Dated:  November 8, 2017.

**2 |** P a g e

Respectfully submitted,

*/s/ S. Cass Weiland*
S. Cass Weiland
State Bar No. 21081300
Robert A. Hawkins
State Bar No. 00796726
SQUIRE PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, Texas 75201
214/758-1500
214/758-1550 facsimile
cass.weiland@squirepb.com
robert.hawkins@squirepb.com
         and

Rose L. Romero
State Bar No. 17224700
LAW OFFICES OF ROMERO KOZUB
235 N.E. Loop 820
Suite 310
Hurst, Texas 76053
682/267-1351
rose.romero@romerokozub.com

ATTORNEYS FOR PLAINTIFFS TERRY KNUTSON, DONAL BARRY, AND WIRELESS POWER, LLC

CERTIFICATE OF SERVICE

This is to certify that on November 8, 2017, the above and foregoing pleading was served via electronic transmission on all counsel of record who have accepted service and/or made it known to Plaintiffs' counsel said attorneys will represent Defendants named herein:

| | |
|---|---|
| Joe Kendall, Esq.<br>Jamie McKey, Esq.<br>3232 McKinney, Suite 700<br>Dallas, TX 75204<br>jkendall@kendalllawgroup.com<br>jmckey@kendalllawgroup.com<br>Counsel for Richard D. Randall | Kirte Kinser, Esq.<br>Fishman Jackson Ronquillo<br>13155 Noel Road, #700, LB 13<br>Dallas, TX 75240<br>kkinser@fjrpllc.com<br>Counsel for Don Harris |

| | |
|---|---|
| Darrell D. Minter, Esq.<br>Underwood Perkins, P.C.<br>Two Lincoln Centre<br>5420 LBlJ Freeway, Suite 1900<br>Dallas, TX 75240<br>dminter@uplawtx.com<br>Counsel for Charles "Skip" Shaw | Brett Myers, Esq.<br>3131 McKinney Ave., Suite 100<br>Dallas, TX 75204<br>Brett.myers@wickphillips.com<br>Counsel for Robert Luna |
| Scott Garelick, Esq.<br>Exall & Wood, PLLC<br>3838 Oak Lawn Avenue<br>Suite 1750<br>Dallas, TX 75219<br>sgarelick@exallwood.com<br>Counsel for Michael K. Wilson | |

                                                */s/ S. Cass Weiland*
                                                S. Cass Weiland