IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY KNUTSON, et al.,  §<br>    Plaintiffs,  §<br>  §<br>v.  §    Civil Action No. 3:17-CV-2618-BK<br>  §<br>DON HARRIS, et al.,  §<br>    Defendants.  § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED and DECREED** that:

1. Plaintiffs' federal securities claims are **DISMISSED WITH PREJUDICE**.

2. Plaintiffs' remaining state law claims are **DISMISSED WITHOUT PREJUDICE**.

3. All reasonable costs of court are taxed against Plaintiffs.

4. The Clerk shall transmit to the parties a true copy of this Judgment and the *Memorandum Opinion and Order* also issued this day.

5. The Clerk is directed to close this case.

**IT IS SO ORDERED**.

**SIGNED** September 6, 2018.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE